IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:17-CV-0061-D

| | |
|---|---|
| BURCH EQUIPMENT, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRINITY FROZEN FOODS, LLC, | ) |
| DAVID H. ROSS, and BARRY M. WHITE, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT
## AS TO DEFENDANTS TRINITY FROZEN FOODS, LLC AND DAVID H. ROSS

By its Motion for Entry of Default, Plaintiff Burch Equipment, L.L.C. requests that the Court enter default against Defendants Trinity Frozen Foods, LLC and David H. Ross pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendants Trinity Frozen Foods, LLC and David H. Ross have failed to appear, plead, answer, or otherwise defend, the default of Defendants Trinity Frozen Foods, LLC and David H. Ross is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

This the 21st day of December, 2017.

Peter A. Moore, Jr.
Clerk of Court